UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE FISHBACK,<br><br>　　　Plaintiff,<br><br>v.<br><br>MICHAEL D. ANTONOVICH et al.,<br><br>　　　Defendants. | Case No. 2:15-cv-05719-SB-RAO<br><br>ORDER TO SHOW CAUSE RE: DISMISSAL |

　　Plaintiff filed this action in July 2015 alleging that Defendants conspired to dispossess him of his land.  Dkt. No. 1.  On August 5, 2022, Plaintiff filed a notice of dismissal pursuant to Federal Rule of Civil Procedure 41(a), dismissing all claims against all Defendants except his defamation claim against David Campbell.  Dkt. No. 102.

　　Because the sole remaining claim is a state law defamation claim, the parties are hereby ORDERED to show cause why the Court should not decline to exercise supplemental jurisdiction over the defamation claim and dismiss the remaining case without prejudice.  The parties shall file written responses to this OSC **by no later than August 26, 2022**.

Date: August 23, 2022

　　　　　　　　　　　　　　　　　　　　　/s/ Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　　　United States District Judge