UNITED STATES DISTRICT COURT   JS-6
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE FISHBACK,<br><br>  Plaintiff,<br><br>v.<br><br>MICHAEL D. ANTONOVICH et al.,<br><br>  Defendants. | Case No. 2:15-cv-05719-SB-RAO<br><br>ORDER DECLINING SUPPLEMENTAL JURISDICTION AND DISMISSING CASE |

   On August 23, 2022, the Court issued an order to show cause why it should not decline to exercise supplemental jurisdiction over the sole remaining claim in this case, a state-law defamation claim, and dismiss the remaining case without prejudice.  Dkt. No. 104.  The parties responded.  Dkt. Nos. 105, 106.  Defendants do not oppose the Court declining supplemental jurisdiction and dismissing the case, Dkt. No. 105 at 3, and Plaintiff "has no objection" to the same, Dkt. No. 106 at 2.

   The Court thus **DECLINES** to exercise supplemental jurisdiction over the remaining state-law defamation claim against Defendant Campbell.  Because all other claims and Defendants have been voluntarily dismissed, Dkt. No. 102, the Court **DISMISSES** this entire action without prejudice and closes this case.

IT IS SO ORDERED.

Date: August 29, 2022

_____
Stanley Blumenfeld, Jr.
United States District Judge